# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF**

**I hereby consent to become a party-plaintiff in an action to recover minimum wages, misappropriated tips, overtime wages and other relief under the Fair Labor Standards Act and/or State Law.**

| NAME | Beck | Gabriella | Marie |
|---|---|---|---|
| | Last Name | First | Middle |

HOME ADDRESS: 119 Grist Stone Way

Apartment/Unit: 

| City | State | Zip Code | County |
|---|---|---|---|
| Owings Mills | MD | 21117 | Baltimore |

Signed by:
*[signature]*
2746A770945043E...

**PLAINTIFF SIGNATURE**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF**

I hereby consent to become a party-plaintiff in an action to recover minimum wages, misappropriated tips, overtime wages and other relief under the Fair Labor Standards Act and/or State Law.

| NAME | Matthews II | Ronnie | J |
|---|---|---|---|
| | Last Name | First | Middle |

HOME ADDRESS   5350 Norbeck Rd
                                                   Apartment/Unit

|  | Rockville | MD | 20853 | Montgomery County |
|---|---|---|---|---|
|  | City | State | Zip Code | County |

Signed by:
[signature]
31F61E0B797F4DA

**PLAINTIFF SIGNATURE**