IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GABRIELLA BECK,** *et al.*, | * | |
| | * | |
| Plaintiff, on behalf of herself and others similarly situated, | * * * | |
| v. | * | Civil Case No. SAG-25-00741 |
| | * | |
| **CURALEAF, INC.,** *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiffs' Motion for Conditional Certification, ECF 36, will be GRANTED in that conditional certification is approved. The issue of notice is DEFERRED pending further filings. Defendants have one week from the date of this order to confer with Plaintiffs and file any substantive objections to the notice or dissemination plan. Plaintiffs have one week from the date of any such filing to respond.

Dated: August 13, 2025

/s/
Stephanie A. Gallagher
United States District Judge